# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SHANE SCOFIELD on behalf of herself and others similarly situated, | : : CIVIL ACTION FILE NO. 5:22-cv-10384-JEL-JJCG |
| Plaintiff, | : |
| v. | : |
| STEP UP MORTGAGE LLC and BLITZ SERVICES LLC | : |
| Defendants. | : |

## PLAINTIFF'S NOTICE OF DISMISSAL

The plaintiff files Notice of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

**/s/ *Anthony I. Paronich***
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff*

Dated: March 14, 2022

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed through the Court's CM/ECF system on March 14, 2022.

**/s/ *Anthony I. Paronich***
Anthony I. Paronich